UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE REZKALLA, AS PARENT
AND NATURAL GUARDIAN OF
J.R., A MINOR,

      Plaintiff,

v.

Case No. 2:24-cv-1161-JES-KCD

THE SCHOOL BOARD OF
COLLIER COUNTY, FLORIDA,

      Defendant.
_____/

## ORDER

This lawsuit stems from an alleged sexual assault and battery on a minor, J.R., by a school bus driver. J.R. alleges she suffered emotional and physical injuries as a result. (Doc. 19 at 3.) After the incident, J.R. was seen, evaluated, and treated by the Children's Advocacy Center ("CAC"). Defendant now moves for an order requiring the CAC to produce "documents related to Plaintiffs, George Rezkalla as Parent and Natural Guardian of J.R. (a minor)." (Doc. 28 at 1.) Plaintiff does not oppose the relief sought. And the CAC takes no position on the motion, affirming it will release the records if ordered. (*See* Doc. 28-2.)

The records requested here are protected by Florida law and require a court order to be released. Fla. Stat. § 39.202(2)(f). The parties have conferred

and agree to maintain the confidentiality of the documents. Defendant also agree to pay any reasonable expenses to copy the files.

The Court finds that the records are necessary for the determination of the issues before the Court. Namely, any records concerning turmoil, abuse, mental health, emotional health, psychological health and/or other similar domestic issues involving the minor—both before and after this incident—weigh on the nature and extent of J.R.'s injuries and damages being claimed in this action. Accordingly, with no opposition and the parties in agreement that the records are relevant and necessary, it is **ORDERED**:

1. Defendant's Unopposed Amended Motion for an Order Requiring Children's Advocacy Center to Produce Documents Pertaining to Minor Plaintiff J.R. (Doc. 28) is **GRANTED**.

2. The Children's Advocacy Center must produce to Defendant all documents in its possession related to Plaintiff George Rezkalla as Parent and Natural Guardian of J.R. (a minor).

3. The parties, and counsel of record in this case, **SHALL** maintain the confidentiality of the records, subject to any confidentiality agreement that may exist between the parties.

**ENTERED** in Fort Myers, Florida on June 12, 2025.

Kyle C. Dudek
United States Magistrate Judge